HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGUEL ANGEL DE LA O PALMA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

Case No.  2:26-cv-00035-RAJ

ORDER

THIS MATTER comes before the Court on Petitioner's application to proceed in forma pauperis, Dkt. # 4.  The Court has reviewed the application and the balance of the record.  The Court finds the Petitioner is unable to pay the filing fee in this case.  Accordingly, Petitioner's motion to proceed in forma pauperis, Dkt. # 4, is **GRANTED**.

The Clerk is directed to send a copy of this order to Petitioner.

Dated this 26th day of January, 2026.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge

ORDER - 1